**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>G. J. JUNDA, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 12-03853 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 11, 2013

　　　　　　　　　　　　　　　　　　　　／s／ Gary Feess
　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE