JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GONZALEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>G. J. JUNDA, WARDEN,<br><br>        Respondent. | CASE NO. CV 12-03853 GAF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JULIO GONZALEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 11, 2013

*/s/ Gary Feess/*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**